**UNITED STATES BANKRUPTCY COURT**

For The Northern District of Georgia

In Re: Debtor(s)
    **Edwin H. Taylor**
    865 Juniper Street
    Atlanta, GA 30308

**xxx–xx–2430**

: Case No.: **12–54664–wlh**
: Judge: **Wendy L. Hagenau**
: Chapter: **7**

### Clerk's Notice Re: United States Trustee's Statement of Insufficient Information Necessary to Make Presumption of Abuse Determination

You are hereby notified that:

    The United States Trustee has determined that the debtor has not filed nor transmitted all of the required means testing documents and that without these documents, the United States Trustee cannot make a determination as to whether debtor's case is presumed to be an abuse under 11 U.S.C. § 707(b)(2).

Dated: April 10, 2012

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Form 404